# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

WAYNE H. WAHLER,                              Civil No. 08-4953 (JRT/JSM)

                     Plaintiff,

v.                                       **ORDER ADOPTING REPORT AND RECOMMENDATION**

COMMISSIONER OF SOCIAL
SECURITY,

                     Defendant.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron, dated July 31, 2009, and no objections having been filed to said Report and Recommendation.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

       **IT IS HEREBY ORDERED** that:

       1.      Defendant's Motion to Dismiss [Docket No. 17] is **GRANTED.**

       2.      Plaintiff's Complaint [Docket No. 1] is **DISMISSED WITH PREJUDICE.**

Dated: August 24, 2009
at Minneapolis, Minnesota                                 s/John R. Tunheim
                                                                      JOHN R. TUNHEIM
                                                     United States District Judge